# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

THE UNITED STATES OF AMERICA

*-vs-*

**WILLIAM E. MILLER**

NOVEMBER 2012 GRAND JURY
(Impaneled 11/08/12)

**INDICTMENT**

Violations:

Title 18, United States Code, Sections 2251(a), 2251(e), and 2252A(a)(5)(B)

(3 Counts and 1 Forfeiture Allegation)

```
                    COUNT 1
          (Production of Child Pornography)

            The Grand Jury Charges That:
```

Between on or about June 1, 2012, and on or about August 9, 2012, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **WILLIAM E. MILLER**, did employ, use, persuade, induce, entice and coerce, and did attempt to employ, use, persuade, induce, entice and coerce, a minor, that is, **Victim 1**, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is, a video file identified as 1_GEDC0020.MOV, which visual depiction was produced using materials

that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 2
### (Production of Child Pornography)

**The Grand Jury Further Charges That**:

Between on or about June 1, 2012, and on or about August 9, 2012, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **WILLIAM E. MILLER**, did employ, use, persuade, induce, entice and coerce, and did attempt to employ, use, persuade, induce, entice and coerce, a minor, that is, **Victim 1**, a person known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is, a video file identified as 2_GEDC0019.MOV, which visual depiction was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).**

## COUNT 3
(Possession of Child Pornography)

**The Grand Jury Further Charges That:**

On or about August 9, 2012, in the Western District of New York, the defendant, **WILLIAM E. MILLER**, did knowingly possess material, to wit, a General Imaging 7.0 megapixel A735 digital camera, bearing serial number 82A38K0U007812, and containing one LEXAR platinum II 60x 1GB SD card, bearing serial number 9VJD80PC, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that was produced using materials that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means.

**All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).**

## FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

Upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant, **WILLIAM E. MILLER**, shall forfeit to the United States any visual depiction described in Title 18, United States Code, Section 2252A, or any property which contains any such visual depiction, and any property, real or personal, used or intended to be used to commit

or to promote the commission of such offense, and all property traceable to such property, including but not limited to the following:

    a.    One General Imaging 7.0 megapixel A735 digital camera, bearing serial number 82A38K0U007812, and containing one LEXAR platinum II 60x 1GB SD card, bearing serial number 9VJD80PC.

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**

DATED: Rochester, New York, March 7, 2013.

                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

BY:  /s/ Craig R. Gestring
     For MARISA J. MILLER
     Assistant U.S. Attorney
     United States Attorney's Office
     Western District of New York
     500 Federal Building
     100 State Street
     Rochester, New York 14614
     (585) 263-6760, ext. 2265
     Marisa.Miller@usdoj.gov

A TRUE BILL:

/s/ Foreperson
FOREPERSON