IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-vs-

WILLIAM E. MILLER,

              Defendant.

13-CR-6036(DGL)

**SUPERSEDING
INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 2422(b)

## COUNT 1

### The United States Attorney Charges:

Between on or about June 1, 2012, and on or about August 9, 2012, in the Western District of New York, the defendant, WILLIAM E. MILLER, did use a facility of interstate and foreign commerce, that is, a cellular telephone, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years, that is, Victim 1, a minor female known to the United States Attorney, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## FIRST FORFEITURE ALLEGATION

### The United States Attorney Alleges:

Upon conviction of the offense alleged in Count 1 of this Superseding Information, the defendant, WILLIAM E. MILLER, shall forfeit to the United States of America any property, real and personal, used or intended to be used to commit or to facilitate the commission of such offense, and all property traceable to such property, including but not limited to the following:

1. One General Imaging 7.0 megapixel A735 digital camera, bearing serial number 82A38K0U007812, and containing one LEXAR platinum II 60x 1GB SD card, bearing serial number 9VJD80PC.

**All pursuant to Title 18, United States Code, Section 2428.**

DATED: Rochester, New York, May 13, 2014.

                                    WILLIAM J. HOCHUL, JR.
                                    United States Attorney

BY: *[signature]*
                                    MARISA J. MILLER
                                    Assistant U.S. Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    100 State Street, Suite 500
                                    Rochester, New York 14614
                                    (585)399-3900, ext. 23965
                                    Marisa.Miller@usdoj.gov